# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

BILLIE R. ADAMS,                                    )
                                                    )
                              Plaintiff,            )
            vs.                                     )          No. 1:06-cv-1499-SEB-JMS
                                                    )
CHRISTOPHER E. MELOY,                               )
                                                    )
                              Defendant.            )

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant's motion to dismiss is **granted** and that this cause of action is **dismissed with prejudice.**

Date:    09/17/2007

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

David A. Arthur
INDIANA STATE ATTORNEY GENERAL
David.Arthur@atg.in.gov

Betsy M. Isenberg
INDIANA STATE ATTORNEY GENERAL
Betsy.Isenberg@atg.in.gov

Billie Ray Adams
DOC #2604
Correctional Industrial Facility
P.O. Box 601
Pendleton, IN 46064